# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SG INDUSTRIES, INC., | Case No. |
|         Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)** |
| v. | |
| RSM MCGLADREY, INC., | State of Michigan Oakland County Circuit Court Case No. 10-107795-NM |
|         Defendant. / | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT;

PLEASE TAKE NOTICE that Defendant RSM McGladrey, Inc. ("RSM") hereby removes to this Court the state court action described below.

1. On or about February 17, 2010, Plaintiff SG Industries, Inc. ("SG") commenced this action in the Oakland County Circuit Court of the State of Michigan (the "State Court") (Case Number 10-107795-NM). A copy of the summons and complaint is attached hereto as Exhibit 1. In the action, SG seeks damages in connection with various claims related to its engagement of RSM to prepare tax returns and filings and provide tax planning advice.

2. RSM was served with a copy of the summons and complaint no earlier than February 18, 2010. Accordingly, this Notice of Removal is timely because it is being filed within 30 days after receipt of a copy of the initial pleadings setting forth the claim or causes of action sought to be removed.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by RSM pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. RSM is informed and believes that SG was, at the time of the filing of this action, and still is, an Illinois corporation with its principal place of business in Illinois. RSM was, at the time of the filing of this action, and still is, a Delaware corporation with its principal place of business in Minnesota.

5. The matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.  In its Complaint, SG asserts two counts against RSM, one for professional malpractice and the other for breach of contract, both arising out of SG's engagement of RSM to perform tax preparation services and render tax planning advice.  SG alleges that its damages resulted from the following enumerated matters: (i) accrued payroll tax deficiencies, (ii) prepaid item deductions; (iii) accrued vacation pay deductions; (iv) use of research credit; (v) establishment and use of an IC-DISC; and (vi) maximizing state tax opportunities (the "Listed Items").  (Complaint, ¶10)

6. Prior to commencing this action, SG sent RSM a report detailing its position with respect to each of the Listed Items and setting forth, in connection with the

first two Items, specific dollar amounts representing SG's alleged estimated losses. The losses alleged in just those first two items well exceed $75,000.

7. This Notice of Removal will be filed with the State Court.

DATED: March 19, 2010

                                                              BUTZEL LONG

                                            /s/ John E. Benko
                                          John E. Benko, Esq. (P58874)
                                          150 West Jefferson
                                          Suite 100
                                          Detroit, Michigan 48226
                                          Telephone: (313) 225-7000
                                          Facsimile: (313) 225-7080
                                          E-mail: benko@butzel.com

                                          Lynne M. Fischman Uniman, Esq.
                                          Anju Uchima, Esq.
                                          ANDREWS KURTH LLP
                                          450 Lexington Avenue, 15th Floor
                                          New York, New York 10017
                                          Telephone: (212) 850-2800
                                          Facsimile: (212) 850-2929
                                          E-mail: AnjuUchima@andrewskurth.com

                                          *Attorneys for Defendant RSM McGladrey, Inc.*

NYC:208828.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2010 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system.

I hereby further certify that on the above date I served said papers on opposing counsel VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED as follows:

> Mark L. Kowalsky, Esq.
> Michael F. Jacobson, Esq.
> Patrice Arend, Esq.
> Jaffe, Raitt Heuer & Weiss, PC
> 27777 Franklin Rd., Suite 2500
> Southfield, MI  48034

                                    BUTZEL LONG

                                     /s/ John E. Benko
                                  John E. Benko, Esq. (P58874)
                                  150 West Jefferson
                                  Suite 100
                                  Detroit, Michigan  48226
                                  Telephone:  (313) 225-7000
                                  Facsimile:  (313) 225-7080
                                  E-mail:  benko@butzel.com